**Order filed July 14, 2015**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-15-00488-CV

———————

**PATRICIA A. POTTS, INDIVIDUALLY AND AS NEXT FRIEND TO A.M.W., A CHILD, Appellant**

**V.**

**VINCENT D. WILLIAM AND DMG EQUIPMENT COMPANY, LTD D/B/A PAVERS SUPPLY COMPANY, Appellee**

**On Appeal from the 257th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1996-50567**

## ORDER

This is an attempted appeal from an order of dismissal for want of prosecution. Pursuant to chapter 11 of the Texas Civil Practice and Remedies Code, appellant Patricia A. Potts has been declared a vexatious litigant and is therefore subject to the pre-filing order under section 11.101. Tex. Civ. Prac. & Rem. Code §§ 11.101, 11.103 (West Supp. 2014).

Under section 11.103(a), the clerk of this court may not file an appeal presented by a vexatious litigant subject to a pre-filing order under section 11.101 unless the litigant obtains an order from the local administrative judge permitting the filing, or the appeal is from a pre-filing order entered under section 11.101 designating a person a vexatious litigant. *Id.* § 11.103(a) & (d). This is not an appeal from a pre-filing order entered under section 11.101.

This court will consider dismissal of this appeal unless appellant, within 10 days of the date of this order, files a copy of the order from the local administrative judge permitting the filing of this appeal. *See id.* § 11.103(a).

PER CURIAM